In the Matter of the Application of Owen M. Quinn et al., Appellants and Respondents.

Archer Guion, as Receiver of Taxes of the Town of Mount Pleasant, Respondent and Appellant; Elbert T. Gallagher, as District Attorney of Westchester County, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

*Thomas D. Scoble, Jr.,* for motion.
*Edmund Halsey Cox* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground that the movant may appeal as of right from the order of the Appellate Division.